FILED

MAY - 8 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES S. JONES,              ) | |
|                              ) | |
|         Plaintiff,           ) | |
|                              ) | |
|     v.                       ) | Civil Action No. 07-1916 |
|                              ) | |
| ALBERTO GONZALES, *et al.*,  ) | |
|                              ) | |
|         Defendants.          ) | |

### DISMISSAL ORDER

The Court provisionally permitted the filing of the above-captioned matter as a civil action. At that time, the Court ordered plaintiff to submit a certified copy of his prison trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint, obtained from the appropriate official of each prison at which plaintiff is or was confined, as required by the Prison Litigation Reform Act. *See* 28 U.S.C. § 1915. Plaintiff was advised that his failure to comply with this order would result in dismissal of the case. To date, plaintiff has not submitted required the required trust fund account information.

Accordingly, it is hereby

ORDERED that plaintiff's application to proceed *in forma pauperis* [Dkt. #2] is DENIED WITHOUT PREJUDICE, and it is

FURTHER ORDERED that this civil action is DISMISSED WITHOUT PREJUDICE for plaintiff's failure to comply with the requirements of the Prison Litigation Reform Act.

SO ORDERED.

DATE: 5/7/08

_____
United States District Judge